IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-190-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRANCE LAVON LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

On April 14, 2017, Terrance Lavon Lucas ("Lucas"), appearing pro se, filed a motion for a copy of the arraignment and sentencing transcripts in his case [D.E. 113]. Although a court reporter transcribed Lucas's arraignment and sentencing hearings, the court reporter did not prepare transcripts. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Lucas has failed to show a particularized need for the transcripts. To the extent Lucas's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 113] is DENIED.

SO ORDERED. This 8 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge